## NO. 20-2252

---

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

———————————

EARLENE PETERSON, et al.,

*Plaintiffs-Appellees*,

v.

WILLIAM P. BARR, et al.,

*Defendants-Appellants.*

———————————

On Appeal from the United States District Court
for the Southern District of Indiana, No. 2:20-cv-350
(Magnus-Stinson, J.)

———————————

## DOCKETING STATEMENT

———————————

Pursuant to Circuit Rule 3(c)(1), Appellants submit the following docketing statement:

1. Jurisdiction in the District Court.  Plaintiffs brought claims under the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*  They invoked the jurisdiction of the District Court under 28 U.S.C. § 1331, seeking injunctive and declaratory relief under 28 U.S.C. §§ 2201 and 2202.

2.  Jurisdiction in the Court of Appeals.  Appellants are appealing the District Court's July 10, 2020, preliminary injunction, which is immediately appealable under 28 U.S.C. § 1292(a)(1).

3.  Parties Appearing in Their Official Capacity.  Plaintiffs brought suit against the following defendants in their official capacities:  William P. Barr, Attorney General of the United States; Michael Carvajal, Director of the Federal Bureau of Prisons; and T.J. Watson, Complex Warden for Terre Haute Federal Correctional Complex.

Respectfully submitted,

DAVID M. MORRELL*
  *Acting Assistant Attorney General*

JOSH J. MINKLER
  *United States Attorney*

SOPAN JOSHI
  *Senior Counsel to the Assistant Attorney General*

PAUL R. PERKINS
  *Special Counsel*

MELISSA N. PATTERSON
 */s/ Amanda L. Mundell*
AMANDA L. MUNDELL**
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7236*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-3469*
  *amanda.l.mundell@usdoj.gov*

*The Acting Assistant Attorney General is recused.
**Counsel of Record

July 2020

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system.  Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.


*/s/ Amanda L. Mundell*
Amanda L. Mundell