# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 11, 2020

*By the Court:*

| | |
|---|---|
| No. 20-2252 | EARLENE PETERSON, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br>Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 2:20-cv-00350-JMS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson |

Upon consideration of the **EMERGENCY MOTION TO SUMMARILY STAY OR VACATE PRELIMINARY INJUNCTION BARRING THE EXECUTION OF DANIEL LEWIS LEE**, filed on July 11, 2020, by counsel for the appellants,

**IT IS ORDERED** that the appellees shall file a response to the motion by 6 p.m. Central Time today.

form name: **c7_Order_BTC**(form ID: **178**)