IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

EARLENE PETERSON
KIMMA GUREL
MONICA VIELLETTE,
Plaintiff-Appellees

v.

WILLIAM P. BARR, ATTORNEY GENERAL, et al.,
Defendants-Appellants

No. 20-2252

**EMERGENCY MOTION TO CLARIFY THAT THIS COURT'S ORDER VACATING THE PRELIMINARY INJUNCTION BARRING THE EXECUTION OF DANIEL LEWIS LEE IS IMMEDIATELY EFFECTIVE**

Yesterday, the government filed an emergency motion to stay or vacate the preliminary injunction barring the execution of Daniel Lewis Lee at 4 p.m. Eastern Daylight Time tomorrow, Monday July 13, 2020. This evening, this Court expeditiously ruled in the government's favor, holding that the APA claim on which the injunction was entered "lacks any arguable legal basis and is therefore frivolous." *See Peterson v. Barr*, No. 20-2252, slip op. at 4 (7th Cir. 2020 July 12, 2020), Dkt. 15. Rather than merely staying the injunction, the Court summarily vacated it outright, *see id.* at 4, 10, and issued a final judgment, Dkt. 16. Given the government's request for emergency relief, including an immediately effective stay, and the Court's conclusion that the injunction was frivolous, the government assumes that the Court intended its summary vacatur likewise to be immediately effective, without regard to the issuance of the mandate to the district court. In an abundance of caution, however, the government requests that this Court obviate any doubt on that score by issuing the

mandate in this case forthwith.  *See BankDirect Capital Finance, LLC v. Capital Premium Financing, Inc.*, 912 F.3d 1054, 1059 (7th Cir. 2019) ("The mandate will issue today, so that the injunction terminates immediately.").

Respectfully submitted,

DAVID M. MORRELL*
  *Deputy Assistant Attorney General*

JOSH J. MINKLER
  *United States Attorney*

SOPAN JOSHI
  *Senior Counsel to the Assistant*
  *Attorney General*

PAUL R. PERKINS
  *Special Counsel*

MELISSA N. PATTERSON
/s/ *Amanda L. Mundell*

AMANDA L. MUNDELL
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7236*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-3469*
  *amanda.l.mundell@usdoj.gov*

*The Acting Assistant Attorney General is recused in this case.

July 2020

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 208 words. This motion also complies with the typeface and type-style requirements of Rule 32(a)(5) and Rule 32(a)(6) because it was prepared using Microsoft Word 2016 in Garamond 14-point font, a proportionally spaced typeface.

/s/ *Amanda L. Mundell*
AMANDA L. MUNDELL

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system.  Parties to the case are represented by a registered CM/ECF user, and service will be accomplished by the appellate CM/ECF system.  The foregoing was also sent by email to Howard B. Kurrus at bkurrus@aol.com.

*/s/ Amanda L. Mundell*
AMANDA L. MUNDELL