(ORDER LIST:  591 U.S.)


TUESDAY, JULY 14, 2020


ORDER IN PENDING CASE

20A6     PETERSON, EARLENE B., ET AL. V. BARR, ATT'Y GEN., ET AL.

     The application for stay presented to Justice Kavanaugh and by him referred to the Court is denied.