# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 12, 2020

Before:     DIANE S. SYKES, Chief Circuit Judge
            FRANK H. EASTERBROOK, Circuit Judge
            AMY C. BARRETT, Circuit Judge

| No. 20-2252 | EARLENE BRANCH PETERSON, et al., Plaintiffs - Appellees v. WILLIAM P. BARR, Attorney General of the United States, et al., Defendants - Appellants |
|---|---|

| Originating Case Information: | |
|---|---|
| District Court No: 2:20-cv-00350-JMS-DLP Southern District of Indiana, Terre Haute Division District Judge Jane Magnus-Stinson | |

We **VACATE** the preliminary injunction. The plaintiffs' APA claim lacks any arguable legal basis and is therefore frivolous.  The above is in accordance with the decision of this court entered on this date.

CERTIFIED COPY

A True Copy
Teste:

Christine Duffy Hodkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalJudgment**(form ID: **132**)